McGREGOR W. SCOTT
United States Attorney
ROBERT B. STIRK
Special Assistant U.S. Attorneys
PROSECUTION UNIT
1 S. Rosamond Blvd.
Edwards, California 93523
Telephone (661) 277-8120

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE No. 05:05-CR-00009 TAG |
| Plaintiff, | MOTION AND ORDER FOR DISMISSAL OF INFORMATION |
| v. | |
| SHILOH WILLIAMS, | |
| Defendant. | |

The United States Attorney's Office, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, dismissal by the Government, hereby moves to dismiss the Information against Shiloh Williams, without prejudice, in the interest of justice.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

DATED:
15 August 2005       By  _____
                         ROBERT B. STIRK
                         Special Assistant U.S. Attorney

## ORDER

1  IT IS HEREBY ORDERED that the information against Shiloh Williams,
2  Case No. 05:05-CR-00009 TAG, be dismissed, without prejudice, in
3  the interest of justice.
4
5  DATED: 8/17/2005
6                                    Theresa A. Goldner
                                     United States Magistrate Judge